UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                )
ROLAND JONES,                                    )
                                                )
                Plaintiff,                       )
                                                )
        v.                                       )        Civil Action No. 07-2041 (PLF)
                                                )
PETE GEREN, Secretary of the Army, et al.,       )
                                                )
                Defendants.                      )
_____)


ORDER

        For the reasons set forth in the Memorandum Opinion issued this same day, it is

hereby

        ORDERED that defendants' motion to dismiss plaintiff's complaint [14] is

GRANTED; it is

        FURTHER ORDERED that this case is DISMISSED based on the doctrine of res

judicata; it is

        FURTHER ORDERED that all other pending motions are denied as moot.  The

Clerk of the Court shall remove this case from the docket of the Court.  This is a final appealable

order.  See FED. R. APP. P. 4(a).

        SO ORDERED.


                                        _/s/_____
                                        PAUL L. FRIEDMAN
                                        United States District Judge


DATE: January 23, 2009